APPEAL No. 75-301. J. M. MILLS, INC. *et al. v.* DENNIS MURPHY, *Director Department of Natural Resources.* Appellants shall appear before Supreme Court on Friday, October 10, 1975, at 9:30 a.m. and *show cause,* if any they have, why this appeal should not be denied and dismissed for want of jurisdiction in the Superior Court. See *Berberian* v. *Travisono,* 114 R. I. 269, 332 A.2d 121 (1975). *Dominic F. Cresto,* for appellants. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, for appellee.

October 2, 1975.

APPEAL No. 75-277. LOUIS D'AMICO *et al.* v. JAMES MULLEN *et al.* Motion of defendant-appellees for special assignment is granted. The plaintiff-appellants' brief shall be filed on or before October 17, 1975, and the defendant-appellees' brief shall be filed on or before October 31, 1975. The matter is assigned to November 7, 1975 for hearing on the merits. *Moore, Virgadamo, Boyle & Lynch, Ltd., Joseph R. Palumbo, Peter B. Frank,* for appellants-plaintiffs. *Michael DeFanti,* for appellees-defendants.

October 6, 1975.

APPEAL No. 75-160. DONATO L. PERRIELLO *v.* THOMAS DEL VECCHIO. Motion to withdraw as counsel for plaintiff is granted, effective October 17, 1975, 115 R. I. 913, 341 A.2d 757 (1975) subject to counsel giving notice of his withdrawal to plaintiff by registered mail, return receipt requested, and the filing of said receipt and copy of notice with the Clerk of the court. *Richard Bruce Feinstein,* for plaintiff. *Robert K. Pirraglia,* for defendant.

October 14, 1975.

M. P. No. 74-160. EVELYN M. MATHIEU *v.* BOARD OF LICENSE COMMISSIONERS TOWN OF JAMESTOWN. Petition to reargue denied. *Aram K. Berberian,* for petitioner. *Julius C.*

*Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for respondent.

October 15, 1975.

M. P. No. 75-122. PROVIDENCE GAS COMPANY *v.* EDWARD BURMAN *et al.* Motion of respondent Cecile Lariviere for an extension of time to file her brief is granted. The brief shall be filed on or before October 30, 1975. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley, Robert J. Ferranty,* for petitioner. *Charles Greenwood,* Rhode Island Legal Services, Inc., for respondent Cecile Lariviere. *R. Daniel Prentiss,* Special Asst. Attorney General.

M. P. No. 75-137. MICHAEL O. MASSEY *v.* JAMES W. MULLEN, *Warden.* In order to assist the court in this case, the respondent is directed to file a brief in response to the latest brief filed by the Public Defender's office within 10 days of this order. *William F. Reilly,* Public Defender, *Allegra E. Munson,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-235. IN RE WILLIAM MURPHY. Petition for writ of certiorari is granted without prejudice. Petitioner's motion for special asignment is granted, and the matter is assigned to the December 1975 calendar for oral argument. Motion for bail pending appeal is denied. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for State of Rhode Island Parole Board.

M. P. No. 75-248. PHILIP T. TOBIN *et al. v.* CHARLES G. THOMAS *et al.* Petition for writ of certiorari granted. *Corcoran, Peckham & Hayes, Patrick O'N. Hayes, Jr.,* for petitioners. *Raymond A. Thomas,* for defendant Oswald A. Thomas.